UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2429 JMR/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BART V. COLDEN,

Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant is incarcerated in state custody until May 2006, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 4th day of November, 2004

UNITED STATES MAGISTRATE JUDGE

SCANNED
U.S. DISTRICT COURT MPLS