A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

BART V. COLDEN

## WARRANT FOR ARREST

CASE NUMBER: **00-CV-2429 JMR/RLE**

0441-0227-0501-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: BART V. COLDEN

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: Judge J. Earl Cudd, United States District Court .

(By) Jackie Mehl, Deputy Clerk

February 19, 2004 at , MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

DATE 11-4-04
RETURNED UNEXECUTED per Dismissal
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lahnert

SCANNED
NOV 22 2004
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04